# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2013

146725

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re Estate of TERRI A. SHOLBERG

_____

DIANE K. SHOLBERG, as Personal
Representative for the Estate of Terri A.
Sholberg,
       Plaintiff-Appellee,

v

ROBERT TRUMAN and MARILYN
TRUMAN,
       Defendants-Appellants,

and

DANIEL TRUMAN,
       Defendant.
_____/

SC: 146725
COA: 307308
Emmet CC: 10-002711-NI

On order of the Court, the application for leave to appeal the November 15, 2012 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether, and under what circumstances, a property owner who is not in possession of the property and does not participate in the conduct creating an alleged nuisance may be liable for the alleged nuisance. The parties should not submit mere restatements of their application papers.

We further ORDER that the stay issued by this Court on May 1, 2013 remains in effect until completion of this appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2013 _____



h0618

Clerk